IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE E. DASH,

      Plaintiff,                    No. 2:09-cv-1193 JAM JFM (PC)

    vs.

D. CONTRERAS, et al.,

      Defendants.              <u>ORDER</u>

_____/

        On September 11, 2009, plaintiff filed a request to enter default.  Although on July 1, 2009, the court ordered the U.S. Marshal to serve defendants, executed summonses have not yet been filed by the U.S. Marshal.  Thus, the court cannot determine that defendants have been served.  Moreover, on September 24, 2009, defendants filed a motion to dismiss.  Accordingly, plaintiff's September 11, 2009 request for entry of default (#12) is denied.

DATED: October 13, 2009.

                                                           UNITED STATES MAGISTRATE JUDGE

/01; dash1193.77c

1